```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**NELLINA L. LOFTON-TAYLOR,**        \*
                                     \*
    **Plaintiff,**              \*
                                     \*
vs.                                  \* CIVIL ACTION No. 05-00532-CG-B
                                     \*
**VERIZON WIRELESS,**                \*
                                     \*
    **Defendant.**              \*

## ORDER

This action is before the Court on Defendant Verizon Wireless' Supplemental Submission in Support of its Motion to Compel. (Doc. 89-1). In an Order dated August 9, 2006 (Doc. 90), the undersigned granted Defendant Verizon Wireless' Motion to Compel, and concluded that pursuant to Fed. R. Civ. P. 37(c)(1), Defendant is entitled to recover its reasonable costs incurred in connection with its Motion to Compel. At the Court's direction, Defendant submitted a statement reflecting that defense counsel expended 11.30 hours (for a total of $2,278.00) in their efforts to compel discovery. Counsel for Plaintiff has filed no response to Defendant's statement. (Doc. 89-3 Ex. A). The undersigned has reviewed Defendant's statement and concludes that an award of $1,233.00 is appropriate in this case. Although Plaintiff's counsel has not challenged the fee statement, the Court itself is obligated to assess independently the reasonableness of the requested expenses. Based upon the Court's review, the undersigned finds that $1,233.00 is a reasonable sanction in this case. This amount represents

$171.00 in mileage expenses and $1,062.00, for 5.8 attorney hours spent drafting the motion and appearing in Court to argue the motion.  The undersigned declines to award travel time.  Accordingly, Plaintiff's counsel is hereby **ORDERED** to pay **$1,233.00** to Defendant Verizon Wireless, by **December 1, 2006.**  Plaintiff's counsel shall file with the Court, by **December 15, 2006**, a statement verifying that he has complied with this Order.

DONE this **30th** day of **October, 2006.**

                                          **/S/ Sonja F. Bivins**
                                   **UNITED STATES MAGISTRATE JUDGE**