**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| **NELLINA L. LOFTON-TAYLOR,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 05-0532-CG-B |
| **VERIZON WIRELESS,** | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the memorandum opinion and order entered this date granting summary judgment in favor of the only remaining defendant, Verizon Wireless, it is **ORDERED, ADJUDGED, and DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 14th day of November, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE